Opinion by Mr. JUSTICE EGAN.

Robert Q. Hoyt, of Chicago (Philip J. Rock, of counsel), for appellant.

Querrey, Harrow, Gulanick & Kennedy, Ltd., of Chicago (Joseph A. Norton, of counsel), for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SONYA CHARLES, Defendant-Appellant.

(No. 58163; 

First District (1st Division)—November 26, 1973.

974

Opinion by Mr. JUSTICE HALLETT.

James J. Doherty, Public Defender, of Chicago (Robert M. Gray and Henry Scheffler, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Patricia C. Bobb, and Michael Epton, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ANDREW LEE WILBERT, a/k/a LEE JAY (Impleaded), Defendant-Appellant.

(No. 55749;

First District (4th Division)—November 14, 1973.